**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **Plaintiff** | : | |
| | : | |
| **vs.** | : | **C.R. NO.: 05-001-T** |
| | : | |
| **OGDEN MILLS FELL** | : | |
| **Defendant** | : | |

## MOTION TO SEAL

Now comes the defendant, Ogden Mills Fell, by and through counsel, and hereby moves this Honorable Court to seal the following pleadings and memoranda pertaining to sentencing:

1. Defendant's Motion to Consider Factors Warranting a Sentence Below the Guideline Sentencing Range;
2. Memorandum In Support of Defendant's Motion to Consider Factors Warranting a Sentence Below the Guideline Sentencing Range;
3. Government's Opposition to Defendant's Motion to Consider Factors Warranting a Sentence Below the Guideline Sentencing Range;
4. Memorandum of Law In Support of Government's Opposition to Defendant's Motion to Consider Factors Warranting a Sentence Below the Guideline Sentencing Range;
5. Reply Memorandum In Support of Defendant's Motion to Consider Factors Warranting a Sentence Below the Guideline Sentencing Range; and



15

As grounds for this motion, defendant notes that these pleadings and their exhibits contain confidential data material. The release of such information would be embarrassing to innocent family members and would constitute an invasion of privacy. Accordingly, defendant prays that this motion be granted.

THE DEFENDANT
By his attorney,

Thomas G. Briody #4427
72 Pine Street, 1st Floor
Providence, RI 02903
Tel: (401) 751-5151
Fax: (401) 331-7454
Dated: 5-26-05

GRANTED

Ernest C. Torres
Chief, US District Judge
6/1/05

## CERTIFICATION

I hereby certify that a true copy of the within was mailed to Andrew Reich, AUSA, U.S. Attorney's Office, Fleet Center, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903 on this 26th day of May, 2005.