**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER:** CR05-01T **DATE:** June 2nd, 2005
**TITLE OF CASE:** USA v. Ogden Mills Fell

---

**CHIEF JUDGE:** **ERNEST C. TORRES**

**COURTROOM CLERK:** **Ryan Jackson**

**COURT REPORTER:** **Angela Reynolds**

**COURT INTERPRETER:** **n/a**

---

**COUNSEL PRESENT**

Government: Andrew Reich

Defendant: Thomas Briody

Probation: Michael Perry

**PROCEEDINGS:** **Sentencing**

06/02/05: All counsel of record present. Defendant is present. Probation is present. No objections to the Presentence Report. Defendant argues its motion for a sentence below the guideline range. Government argues against the Motion. Victims statements are delivered to the Court. Defendant responds to the Government's argument and the victim statements. Defendant allocutes. Court sentences the Defendant to 18 months incarceration on all counts to be served concurrently. Court recommends that the Defendant be placed in a facility with a program of substance abuse treatment and that the institution he is assigned to make accommodations for his sleep apnea.

Defendant is sentenced to 5 years of supervised release on Count I; 1 year as to Counts II and III, to be served concurrently with Count I. Special conditions of supervised release shall include (1) submission to drug testing, (2) participation in a drug treatment program, (3) performance of 100 hours of community service, and (4) that the Defendant file correct tax

returns with the IRS for the years 2002 and 2003.

Defendant shall make restitution in the amount of $375,249.50 to be paid as soon as possible; no fine; $300.00 Special Assessment.

Defendant's conditions of release will remain; Defendant is to surrender himself to the designated institution of his incarceration by 12 noon on 6/20/05.